IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CASE NO. 4:12cr16.13 |
| | § | |
| DANIEL GEORGE JENSON | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge (*see* Dkt. 713). On January 10, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Letter Motion for New Counsel (Dkt. 709) and Defendant's Motion for New Counsel and to Withdrawal Plea (Dkt. 712) be DENIED.

There being no objections by Defendant, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Defendant's Letter Motion for New Counsel (Dkt. 709) and Defendant's Motion for New Counsel and to Withdrawal Plea (Dkt. 712) are **DENIED.**

**IT IS SO ORDERED.**

SIGNED this the 4th day of February, 2013.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE